■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MARLON CHIN, Appellant. [679 NYS2d 848] —Appeal by the defendant from a judgment of the Supreme Court, Kings County (Marrus, J.), rendered June 13, 1995, convicting him of robbery in the first degree, upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

The trial court providently exercised its discretion in precluding the defendant's introduction of a witness's alleged prior inconsistent statement (*see, People v Duncan,* 46 NY2d 74, 80-81, *cert denied* 442 US 910).

The court did not err in failing to conduct an inquiry of a juror who, after shaking her head sideways, answered affirmatively that the verdict was hers (*see, People v Maddox,* 139 AD2d 597, 598; *see also, People v Hayes,* 222 AD2d 292).

The sentence imposed was not harsh or excessive (*see, People v Storelli,* 216 AD2d 891; *People v Restrepo,* 165 AD2d 838; *see, People v Suitte,* 90 AD2d 80).

The defendant's remaining contentions are either unpreserved for appellate review or without merit. Rosenblatt, J. P., Copertino, McGinity and Luciano, JJ., concur.